**STEVEN D. OLSON**, OSB No. 00341(Lead Attorney)
   Direct Dial:  (503) 802-2159
   Facsimile:  (503) 972-3859
   Email:  steveno@tonkon.com
**AVA L. SCHOEN**, OSB No. 04407
   Direct Dial:  (503) 802-2143
   Facsimile:  (503) 972-3843
   Email:  avas@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Plaintiff Mulu Derbew

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MULU DERBEW**, | Civil No. 06-1702 HU |
| **PLAINTIFF**, | |
| v. | **NOTICE OF DISMISSAL** |
| **PETER KURIAN, JULIE GILBERT, and KENNETH GILBERT**, | **(By Plaintiff Mulu Derbew)** |
| **DEFENDANTS.** | |

    Pursuant to FRCP 41(a)(1), plaintiff hereby dismisses all claims with respect to defendants Peter Kurian, Julie Gilbert and Kenneth Gilbert, with prejudice and without costs or attorney fees to any party.

    DATED this 23rd day of April, 2007.

    TONKON TORP LLP

    By */s/ Ava L. Schoen*
       Steven D. Olson, OSB No. 00341
       Ava L. Schoen, OSB No. 04407

       Attorneys for Plaintiff Mulu Derbew

Page 1 -    **NOTICE OF DISMISSAL**

CERTIFICATE OF SERVICE

    Mr. Miles Sweeney
    Brownstein, Rask, Arenz, Sweeney, Kerr & Grim
    1200 S.W. Main Street
    Portland, OR  97204-3730

        Attorney for Defendant Peter Kurian

    Mr. Peter H. Glade
    Markowitz Herbold Glade & Mehlhaf, P.C.
    Suite 3000
    1211 S.W. Fifth Avenue
    Portland, OR  97205

        Attorney for Defendants Julie Gilbert and Kenneth Gilbert

☒ by electronic means through the Court's transmission facilities pursuant to FRCP 5(b)(2)(D);

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below; or

☐ by faxing a copy thereof to each attorney's last-known facsimile number on the date set forth below.

    DATED this 23rd day of April, 2007.

        TONKON TORP LLP

        By */s/ Ava L. Schoen*
            Steven D. Olson, OSB No. 00341
            Ava L. Schoen, OSB No. 04407
            Attorneys for Plaintiff Mulu Derbew

080000\02038\708112 V001

Page 1 -    CERTIFICATE OF SERVICE